No. 368.  IDEAL MERCANTILE CORP. *v.* GALLANT FABRICS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied. *Max Schwartz* for petitioner.  *Michael Berman* for respondents.

No. 374.  WM. H. WISE CO., INC., ET AL. *v.* FEDERAL TRADE COMMISSION.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied. *Thomas B. Scott* and *Lawrence J. Simmons* for petitioners.  *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, W. Louise Florencourt, Earl W. Kintner* and *James E. Corkey* for respondent.

No. 375.  OFFUTT *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.  *Warren E. Magee* and *Charlotte Maskey* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 376.  O'DONNELL ET AL. *v.* CHICAGO LAND CLEARANCE COMMISSION.  Supreme Court of Illinois.  Certiorari denied.  *John S. Boyle* for petitioners.  *William H. Dillon* for respondent.

No. 377.  LANZA ET AL. *v.* NEW YORK STATE JOINT LEGISLATIVE COMMITTEE ON GOVERNMENT OPERATIONS ET AL.  Court of Appeals of New York.  Certiorari denied.  *Emanuel Redfield* and *Edward H. Levine* for petitioners.  *Arnold Bauman* for respondents.